UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CORY GIBSON                                                                           PLAINTIFF

v.                                                 CIVIL ACTION NO. 3:09CV-P685-H

CITY OF LOUISVILLE METRO et al.                                DEFENDANTS

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that all of Plaintiff's claims against Mayor Abramson and Governor Beshear, as well as his claims for injunctive relief and under the Equal Protection Clause are **DISMISSED** with prejudice for failure to state a claim within the meaning of 28 U.S.C. § 1915A(b)(1).

The Clerk of Court is **DIRECTED** to terminate Defendant Abramson and Beshear from this action.

Date:

cc:     Plaintiff, *pro se*
        Defendants
        Jefferson County Attorney
4412.009